UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jessica F. M. B.,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

Case No. 2:22-cv-3367

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On April 11, 2023, Magistrate Judge Vascura issued a Report & Recommendation ("R&R") recommending the Court reverse the Commissioner of Social Security's ("Commissioner") decision and remand this case to the Commissioner for further proceedings. R&R, ECF No. 15.

The R&R notified the parties of their right to object and of the consequences for failing to do so. *Id.* Specifically, it warned the parties that a failure to timely object would result in the forfeiture of the right to *de novo* review by the Court and of the right to appeal the judgment of the Court. *Id.*

The deadline for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R, **REVERSES** the Commissioner's non-disability decision, and **REMANDS** this case back to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g). The Clerk shall enter final judgment for Plaintiff and terminate this case.

IT IS SO ORDERED.

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT