UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jessica F.M.B.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:22-cv-3367

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The parties have stipulated to an award under the Equal Access to Justice Act ("EAJA") in this social security case and jointly move for an award of attorney's fees. ECF No. 18. The parties' joint motion is **GRANTED**. Pursuant to that stipulation, Plaintiff is awarded the sum of $5,600. The award satisfies all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

The Clerk shall terminate ECF No. 18.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**